# EXHIBIT A

**TO THE DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND FOR ATTORNEY'S FEES**

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILLIAN HORMAN, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>SUNBELT RENTALS, INC., a Washington State Entity; "DOE(S) 1-100", employees of SUNBELT RENTALS, INC.; and "CORPORATION(S) XYZ 1-100,"<br><br>      Defendants. | Case No. 2:20-cv-00564-TSZ<br><br>**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT SUNBELT RENTALS, INC.** |

TO:   SUNBLET RENTALS, INC., Defendant

AND TO: SHANE P. CRAMER, PATRICIA J. HILL and YASH B. DAVE, Counsel for Defendant

SET NO.: ONE

  Plaintiff Jillian Horman, in her individual capacity herein, hereby serves these Interrogatories upon Defendant Sunbelt Rentals, Inc. These Interrogatories are served upon you in accordance with Rules 26, 33, 34 and 37 of the Federal Rules of Civil Procedure. Your attention is directed to Rule 26(e) regarding your continuing duty to supplement your answers herein. Answer in the spaces provided (using additional sheets as needed), and verify your

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT SUNBELT RENTALS, INC. - 1**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

employees for the last five (5) years.

**ANSWER:**

**INTERROGATORY NO. 14:**

Please identify all trainings, materials, handbooks, policies, procedures, manuals, guidelines, bulletins, notes, memoranda, letters, and e-mails in effect for Defendant SUNBELT RENTALS, INC.'s employees, agents, independent contractors, staff, and/or personnel in the department/division/group in which Plaintiff worked, including the Driver 1 and/or Dispatcher job positions for the last five (5) years.

**ANSWER:**

**INTERROGATORY NO. 15:**

If Defendant SUNBELT RENTALS, INC.'s (including its employees, agents, independent contractors, staff, and/or personnel) had any communications, in any form, with any person (excluding its attorneys), regarding the matters alleged in Plaintiff's Complaint, state:

    (a)    The identity of the person(s) with whom such communications were made;

    (b)    What was said to the person(s) identified in subsection (a); and

    (c)    The date and form (written or oral) of each such communications.

**ANSWER:**

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT SUNBELT RENTALS, INC. - 16**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**ANSWER:**

**INTERROGATORY NO. 18:**

Identify all employees of Defendant SUNBELT RENTALS, INC. that have requested a disability accommodation, the person who handled the request and/or finding of reasonable accommodation, and the outcome of any accommodation provided (or not provided with the reasons for such) for the last five (5) years.

**ANSWER:**

**INTERROGATORY NO. 19:**

Please identify all individuals you contend are speaking agents of Defendant SUNBELT RENTALS, INC. and/or individuals you contend to have authority to bind Defendant SUNBELT RENTALS, INC. This includes but is not limited to all corporate officers, owners, and board of directors for Defendant SUNBELT RENTALS, INC. For all individuals identified, please provide their position title(s), dates of employment, dates in said position titles, and a description of their primary duties and responsibilities.

**ANSWER:**

**INTERROGATORY NO. 20:**

If Defendant SUNBELT RENTALS, INC. contends it conducted (an) investigation(s)

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT SUNBELT RENTALS, INC. - 18**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

into Plaintiff's claims, at any time, state when Defendant SUNBELT RENTALS, INC. first learned of the matter which was investigated; whether Defendant SUNBELT RENTALS, INC. admits there was a prior (uninvestigated) complaint of any type from Plaintiff; the nature of each such (investigated or uninvestigated) complaint; who was responsible for conducting any investigation; what was the content of any investigation, including identification of documents reviewed and witnesses interviewed, as well as any other aspects of the investigation; what was the outcome or final decision of the investigation; and what, if any, action was taken as a result of the investigation, and/or of the complaint or claim which led to it.

**ANSWER:**

**INTERROGATORY NO. 21:**

If Defendant SUNBELT RENTALS, INC. has retained a private investigator to contact witnesses, please identify the investigator, the witnesses contacted (whether successful or not), the dates of such contact, the method of communication (in person, e-mail, text, phone, etc.), and whether a written or oral statement was obtained and/or provided (including drafts and documents, whether signed or not).

**ANSWER:**

**INTERROGATORY NO. 22:**

Was Plaintiff ever disciplined to any extent up to and including termination for any reason during the term of her employment with Defendant SUNBELT RENTALS, INC.? If

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO
DEFENDANT SUNBELT RENTALS, INC. - 19
Case No. 2:20-cv-00564-TSZ

AKW LAW, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On June 16, 2020, I caused a copy of the foregoing to be served on the parties listed below in the manner specified below:

| Recipient | | Method |
|---|---|---|
| Shane P. Cramer<br>Harrigan Leyh Farmer & Thomsen LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>E-mail: shanec@harriganleyh.com<br>*Attorneys for Defendant Sunbelt Rentals, Inc.* | ☐<br>☐<br>☐<br>☒ | VIA FACSIMILE<br>VIA FIRST CLASS U.S. MAIL<br>VIA MESSENGER/HAND DELIVERY<br>**VIA E-MAIL**/E-FILE<br>*Per 5/21/2020 Stipulation Regarding Electronic Service* |
| Patricia J. Hill<br>Yash B. Dave<br>Smith, Gambrell & Russell, LLP<br>50 North Laura Street, Suite 2600<br>Jacksonville, FL 32202<br>E-mail: pjhill@sgrlaw.com<br>E-mail: ydave@sgrlaw.com<br>E-mail: cmarsh@sgrlaw.com<br>*Pro hac vice Counsel for Defendant Sunbelt Rentals, Inc.* | ☐<br>☐<br>☐<br>☒ | VIA FACSIMILE<br>VIA FIRST CLASS U.S. MAIL<br>VIA MESSENGER/HAND DELIVERY<br>**VIA E-MAIL**/E-FILE<br>*Per 5/21/2020 Stipulation Regarding Electronic Service* |

Dated June 16, 2020, at Mountlake Terrace, Washington.

/s/ Kaila A. Eckert
Kaila A. Eckert, Paralegal

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT SUNBELT RENTALS, INC. - 28**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529