UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

            Plaintiff,

  v.

SUNBELT RENTALS INC.,

            Defendant.

C20-564 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Plaintiff Jillian Horman's Motion to Redact Confidential Settlement Communications pursuant to LCR 5(g) is GRANTED.  Copies of the redacted documents as attached to the Declaration of Ada K. Wong in Support of Plaintiff's Motion (docket no. 29) shall replace the prior Dockets.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 24th day of February, 2021.

                                     William M. McCool
                                     Clerk

                                     s/Gail Glass
                                     Deputy Clerk

MINUTE ORDER - 1