THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILLIAN HORMAN, an individual,<br><br>                             Plaintiff,<br><br>v.<br><br>SUNBELT RENTALS, INC., *et al.*,<br><br>                             Defendants. | C20-564 TSZ<br><br>**STIPULATED MOTION AND SCHEDULING ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>February 26, 2021 |

The parties, by and through their respective counsel of record, hereby submit this Stipulated Motion and Scheduling Order. The parties have been communicating in good faith regarding scheduling, discovery disputes, and depositions and are seeking a short trial continuance. The parties are seeking to modify the remaining deadlines to reflect similar short continuances to assist with non-party witnesses' schedules, as well as to potentially reach resolution regarding depositions and other discovery disputes short of court intervention.

Trial is currently scheduled for August 30, 2021 for 4-5 days. Upon additional discovery and information, the parties believe that the length of trial should be scheduled for 7-9 days.

The proposed deadlines are as follows:

**STIPULATED MOTION AND SCHEDULING ORDER - 1**
C20-564 TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

| JURY TRIAL DATE | **November 8, 2021** |
|---|---|
| Length of Trial | 7-9 days |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | June 10, 2021 |
| Discovery completed by | July 19, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | August 19, 2021 |
| All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | September 9, 2021 |
| The parties shall engage in mediation on or before | September 17, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | October 7, 2021 |
| Agreed Pretrial Order due[1] | October 22, 2021 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | October 22, 2021 |
| Pretrial Conference to be held at 1:30 p.m. on | October 29, 2021 |

**DATED** March 2, 2021.

**AKW LAW, P.C.**

*/s/ Ada K. Wong*
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
Attorneys for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jordan@akw-law.com

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov

**STIPULATED MOTION AND SCHEDULING ORDER - 2**
C20-564 TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1 | **Harrigan Leyh Farmer & Thomsen LLP**

2 | */s/ Shane P. Cramer*
Shane P. Cramer, WSBA #35099
3 | 999 Third Avenue, Suite 4400
Seattle, WA 98104
4 | E-mail: shanec@harriganleyh.com
*Counsel for Defendant Sunbelt Rentals, Inc.*
5 |

6 | **Smith, Gambrell & Russell, LLP**

7 |

*/s/ Yash B. Dave*
8 | Patricia J. Hill
Yash B. Dave
9 | 50 North Laura Street, Suite 2600
Jacksonville, FL 32202
10 | E-mail: pjhill@sgrlaw.com
E-mail: ydave@sgrlaw.com
11 | E-mail: cmarsh@sgrlaw.com
*Pro hac vice Counsel for Defendant Sunbelt Rentals, Inc.*
12 |

13 |

14 |                                   **ORDER**

15 |

16 |     IT IS SO ORDERED.

17 |
    Dated this 2nd day of March, 2021.
18 |

19 |                                        _____
                                           Thomas S. Zilly
20 |                                        United States District Judge

21 |

22 |

23 |

**STIPULATED MOTION AND SCHEDULING ORDER - 3**
C20-564 TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1
2
3
4
5

6 **CERTIFICATE OF SERVICE**

7 I hereby certify that on March 2, 2021, I caused to be electronically filed the foregoing

8 document with the Clerk of the Court using the CM/ECF system, which will send notification of such

9 filing to the following:

10 Shane P. Cramer
Harrigan Leyh Farmer & Thomsen LLP
11 999 Third Avenue, Suite 4400
Seattle, WA 98104
12 E-mail: shanec@harriganleyh.com
*Counsel for Defendant Sunbelt Rentals, Inc.*
13
Patricia J. Hill
14 Yash B. Dave
Smith, Gambrell & Russell, LLP
15 50 North Laura Street, Suite 2600
Jacksonville, FL 32202
16 E-mail: pjhill@sgrlaw.com
E-mail: ydave@sgrlaw.com
17 E-mail: cmarsh@sgrlaw.com
*Pro hac vice Counsel for Defendant Sunbelt Rentals, Inc.*
18
Isabel Johnson
19 LAW OFFICE OF ISABEL S. JOHNSON, PLLC
748 Market Street #15
20 Tacoma WA 98402
21 E-mail: isabel@isjlaw.com
*Co-Counsel for Plaintiff*
22
23 I declare under penalty of perjury under the laws of the state of Washington that the foregoing

**STIPULATED MOTION AND SCHEDULING ORDER - 4**
C20-564 TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  is true and correct.

2  DATED: March 2, 2021, at Mountlake Terrace, Washington.

3

4  */s/ Kaila A. Eckert*
   Kaila A. Eckert

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATED MOTION AND SCHEDULING ORDER - 5**
C20-564 TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529