THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JILLIAN HORMAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SUNBELT RENTALS, INC., a Washington State Entity; "DOE(S) 1-100", employees of SUNBELT RENTALS, INC.; and "CORPORATION(S) XYZ 1-100,"<br><br>Defendants. | C20-564 TSZ<br><br>**ORDER** |

BEFORE this Court is Defendant Sunbelt Rentals, Inc.'s ("Defendant") Motion for Protective Order, docket no. 37, ("Motion"). The Court has considered all arguments submitted both in support of and in opposition to the Motion, and the Court is fully advised on the issues raised therein.

IT IS ORDERED as follows:

(1) Plaintiff Jillian Horman's ("Plaintiff") 30(b)(6) depositions of Defendant is limited to a total of thirty (30) hours, regardless of the number of witnesses Defendant presents and prepares in response to the Third Amended Notice of Deposition. No single witness or deposition day will exceed seven hours.

(2) Topic No. 40 of the Third Amended Notice of Deposition is modified to limit the Topic to information regarding employees at Defendant's centers in Washington State as follows:

ORDER – 1
(C20-564 TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

All instances in which an employee of DEFENDANT requested an accommodation or adjustment related to working a reduced schedule, part-time schedule, limiting work to certain hours per day or week, or transfer or reassignment relating to any actual or perceived disability or any other medical condition between January 1, 2018 and April 26, 2019 at DEFENDANT'S centers in Washington State, including whether the accommodation or adjustment request was granted and reasons it was granted or denied.

(3)     Except as provided here in, the Motion is DENIED.

IT IS SO ORDERED.

DATED this 16th day of March, 2021.

*[signature: Thomas S. Zilly]*

The Honorable Thomas S. Zilly
United States District Judge

Presented by:

**SMITH, GAMBRELL & RUSSELL, LLP**

By: /s/ Patricia J. Hill
Patricia J. Hill, Admitted *Pro Hac Vice*
Yash B. Dave, Admitted *Pro Hac Vice*
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Telephone: (904) 598-6100
Facsimile: (904) 598-6200
E-mail: pjhill@sgrlaw.com
E-mail: ydave@sgrlaw.com

and

**HARRIGAN LEYH FARMER & THOMSEN LLP**
Shane P. Cramer, WSBA #35099
999 Third Avenue, Suite 4400
Seattle, Washington 98104
Telephone: (206) 623-1700
Facsimile: (206) 623-8717
E-mail: shanec@harriganleyh.com

*Attorneys for Defendant Sunbelt Rentals, Inc.*

ORDER – 2
(C20-564 TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717