UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

        Plaintiff,

v.

SUNBELT RENTALS, INC. et al.,

        Defendants.

C20-564 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Second Motion to Compel Discovery Responses, docket no. 49, filed by Plaintiff Jillian Horman is GRANTED in part as follows:

        (a)    Defendant Sunbelt Rentals Inc. ("Sunbelt") shall conduct a reasonable search for documents within its possession, custody, or control that are responsive to Horman's Second Set of Requests for Production ("RFP"), Request Nos. 18, 19, 24, and 37, and produce all relevant and non-privileged documents by Friday, June 25, 2021;

            (i)    For RFP No. 18, the geographic scope is Washington state and the temporal scope is January 1, 2018 through April 26, 2019;

            (ii)    For RFP No. 19, the geographic scope is Sunbelt's Redmond location and the temporal scope is June 1, 2018 through April 26, 2019;

            (iii)    For RFP No. 24, the geographic scope is Washington state and the temporal scope is January 1, 2018 through April 26, 2019;

MINUTE ORDER - 1

(iv) For RFP No. 37, the geographic scope is Washington state and the temporal scope is January 1, 2018 through April 26, 2019;

(2) Horman's Second Motion to Compel, docket no. 49, is otherwise DENIED. The Court further DENIES both parties' requests for an attorney's fees award.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of June, 2021.

William M. McCool  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2