THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILLIAN HORMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNBELT RENTALS, INC., *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00564-TSZ<br><br>**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY RESPONSES** |

I, Ada K. Wong, declare,

1. I am an attorney of record for Plaintiff Jillian Horman in this matter and make the following statements based on my personal knowledge.

2. On February 10, 2021, Plaintiff served Defendant Sunbelt Rentals, Inc. ("Sunbelt") with Plaintiff's Third Set of Requests for Production ("Plaintiff's Third Requests"). Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Third Requests.

3. On February 19, 2021, Plaintiff served Sunbelt with Plaintiff's Fourth Set of Requests for Production ("Plaintiff's Fourth Requests"). Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Fourth Requests.

DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S
THIRD MOTION TO COMPEL DISCOVERY RESPONSES - 1
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1   4.   On March 12, 2021, Sunbelt served its Answers and Objections to Plaintiff's Third

2   Requests. Attached hereto as **Exhibit C** is a true and correct copy of Sunbelt's Answers and

3   Objections to Plaintiff's Third Requests.

4   5.   On March 17, 2021, Plaintiff served Sunbelt with Plaintiff's Third Set of Requests for

5   Admission ("Plaintiff's Third Admissions Requests"). Attached hereto as **Exhibit D** is a true and

6   correct copy of Plaintiff's Third Admissions Requests.

7   6.   On March 19, 2021, Sunbelt served its Answers and Objections to Plaintiff's Fourth

8   Requests. Attached hereto as **Exhibit E** is a true and correct copy of Sunbelt's Answers and

9   Objections to Plaintiff's Fourth Requests.

10  7.   Attached hereto as **Exhibit F** is a true and correct copy of Defendant's Bates No.

11  SB/Horman-DEF_01407, produced by Sunbelt in the course of discovery on March 22, 2021.

12  8.   Attached hereto as **Exhibit G** is a true and correct copy of Defendant's Bates No.

13  SB/Horman-DEF_01640, produced by Sunbelt in the course of discovery on March 22, 2021.

14  9.   On April 15, 2021, Sunbelt served its Answers and Objections to Plaintiff's Third

15  Admissions Requests. Attached hereto as **Exhibit H** is a true and correct copy of Sunbelt's Answers

16  and Objections to Plaintiff's Third Admissions Requests.

17  10.   On April 27, 2021, Plaintiff served Sunbelt with Plaintiff's Sixth Set of Requests for

18  Production ("Plaintiff's Sixth Requests"). Attached hereto as **Exhibit I** is a true and correct copy of

19  Plaintiff's Admissions Sixth Requests.

20  11.   On May 7, 2021, Plaintiff served Sunbelt with Plaintiff's Seventh Set of Requests for

21  Production ("Plaintiff's Seventh Requests"). Attached hereto as **Exhibit J** is a true and correct copy

22  of Plaintiff's Seventh Requests.

23

**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY RESPONSES - 2**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  12. On May 18, 2021, I took the deposition of Brent Johnson in his lay witness capacity.
2  Attached hereto as **Exhibit K** is a true and correct copy of the relevant portions of the deposition.

3  13. On May 20, 2021, Plaintiff served Sunbelt with Plaintiff's Eighth Set of Requests for
4  Production ("Plaintiff's Eighth Requests"). Attached hereto as **Exhibit L** is a true and correct copy
5  of Plaintiff's Eighth Requests.

6  14. On May 25, 2021, I took the depositions of Vicky S. Gibson as a lay witness and Rule
7  30(b)(6) representative. Attached hereto as **Exhibit M** is a true and correct copy of the relevant
8  portions of these depositions.

9  15. On May 27, 2021, Sunbelt served its Answers and Objections to Plaintiff's Sixth
10 Requests. Attached hereto as **Exhibit N** is a true and correct copy of Sunbelt's Answers and
11 Objections to Plaintiff's Sixth Requests.

12 16. On May 28, 2021, I took the deposition of Brent Johnson as a Rule 30(b)(6)
13 representative of Defendant Sunbelt Rentals, Inc. Attached hereto as **Exhibit O** is a true and correct
14 copy of the relevant portions of the deposition.

15 17. On June 7, 2021, Sunbelt served its Answers and Objections to Plaintiff's Seventh
16 Requests. Attached hereto as **Exhibit P** is a true and correct copy of Sunbelt's Answers and Objections
17 to Plaintiff's Seventh Requests.

18 18. Attached hereto as **Exhibit Q** is a true and correct copy of my June 15, 2021 letter to
19 Sunbelt's counsel detailing the parties' positions on Plaintiff's Third Requests, Plaintiff's Fourth
20 Requests, Plaintiff's Sixth Requests, and Sunbelt's redactions to Defendant's Bates No. SB/Horman-
21 DEF_01407, attached hereto as **Exhibit F**, and Defendant's Bates No. SB/Horman-DEF_01640,
22 attached hereto as **Exhibit G**.

23

**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY RESPONSES - 3**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

19. On June 17, 2021, Sunbelt served its Answers and Objections to Plaintiff's Eighth Requests. Attached hereto as **Exhibit R** is a true and correct copy of Sunbelt's Answers and Objections to Plaintiff's Eighth Requests.

20. Attached hereto as **Exhibit S** is a true and correct copy of Defendant's Bates No. SB/Horman-DEF_00334, produced by Sunbelt in the course of discovery. Exhibit S was entered as Exhibit 25 during the May 18, 2021 deposition of Brent Johnson.

21. Attached hereto as **Exhibit T** is a true and correct copy of the document that was entered as Exhibit 7 (Bates Nos. SB/Horman-DEF_00228-00231) during the May 25, 2021 deposition of Vicky Gibson.

22. Attached hereto as **Exhibit U** is a true and correct copy of the document that was entered as Exhibit 51 (Bates No. SB/Horman-DEF_00156) during the May 28, 2021 Rule 30(b)(6) deposition of Brent Johnson.

23. Attached hereto as **Exhibit V** is a true and correct copy of Defendant's Bates No. SB/Horman-DEF_01364, produced by Sunbelt in the course of discovery on March 22, 2021.

24. Attached hereto as **Exhibit W** is a true and correct copy of the document that was entered as Exhibit 46 (Bates No. SB/Horman-DEF_01317) during the May 28, 2021 Rule 30(b)(6) deposition of Brent Johnson.

25. Attached hereto as **Exhibit X** is a true and correct copy of the document that was entered as Exhibit 47 (Bates Nos. SB/Horman-DEF_01318-001319) during the May 28, 2021 Rule 30(b)(6) deposition of Brent Johnson.

26. Attached hereto as **Exhibit Y** is a true and correct copy of the document that was entered as Exhibit 49 (Bates Nos. SB/Horman-DEF_00275-00280) during the May 28, 2021 Rule 30(b)(6) deposition of Brent Johnson.

DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S
THIRD MOTION TO COMPEL DISCOVERY RESPONSES - 4
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

27. Attached hereto as **Exhibit Z** is a true and correct copy of the document that was entered as Exhibit 38 (Bates Nos. SB/Horman-DEF_00129-00132) during the May 25, 2021 deposition of Vicky Gibson.

28. Attached hereto as **Exhibit AA** is a true and correct copy of the document that was entered as Exhibit 12 (Bates Nos. SB/Horman-DEF_00432-00433) during the May 25, 2021 deposition of Vicky Gibson.

29. Attached hereto as **Exhibit BB** is a true and correct copy of the document that was entered as Exhibit 8 (Bates Nos. SB/Horman-DEF_00238-00243) during the May 25, 2021 deposition of Vicky Gibson.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and is based upon my personal knowledge.

**DATED** July 8, 2021, at Mountlake Terrace, Washington.

*/s/ Ada K. Wong*
Ada K. Wong, WSBA #45936

**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY RESPONSES - 5**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Shane P. Cramer
Harrigan Leyh Farmer & Thomsen LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
E-mail: shanec@harriganleyh.com
E-mail: conniej@harriganleyh.com
*Counsel for Defendant Sunbelt Rentals, Inc.*

Patricia J. Hill
Yash B. Dave
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
E-mail: pjhill@sgrlaw.com
E-mail: ydave@sgrlaw.com
E-mail: dcote@sgrlaw.com
E-mail: ijones@sgrlaw.com
E-mail: callard@sgrlaw.com
*Pro hac vice Counsel for Defendant Sunbelt Rentals, Inc.*

Isabel Johnson, WSBA #54265
LAW OFFICE OF ISABEL S. JOHNSON, PLLC
748 Market Street #15
Tacoma WA 98402
E-mail: isabel@isjlaw.com
*Co-Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: July 8, 2021, at Mountlake Terrace, Washington.

*/s/ Kaila A. Eckert*
Kaila A. Eckert

**DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY RESPONSES - 6**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529