# EXHIBIT D

## TO THE DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY RESPONSES

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILLIAN HORMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNBELT RENTALS, INC., a Washington State Entity; "DOE(S) 1-100", employees of SUNBELT RENTALS, INC.; and "CORPORATION(S) XYZ 1-100,"<br><br>Defendants. | Case No. 2:20-cv-00564-TSZ<br><br>**PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC.** |

TO: SUNBELT RENTALS, INC., Defendant

AND TO: SHANE P. CRAMER, PATRICIA J. HILL and YASH B. DAVE, Counsel for Defendant

SET NO.: THREE

Plaintiff JILLIAN HORMAN, in her individual capacity herein, hereby serves these Requests for Admission upon SUNBELT RENTALS, INC. These Requests for Admission are served upon you in accordance with Rules 26 and 36 of the Federal Rules of Civil Procedure. Your attention is directed to Rule 26(e) regarding your continuing duty to supplement your answers herein. Answer in the spaces provided (using additional sheets as

**PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 1**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  needed), and verify your answers under oath, signing on the last page.

2  These requests for admission are directed to the above-named party or parties and to
3  their attorneys, and extend to all information of said party or parties, their attorneys, their
4  liability insurers, and their attorneys' and liability insurers' agents.

5  Each matter for which admission is sought shall be deemed admitted unless denied or
6  objected to as provided for in Federal Rule of Civil Procedure 36.  If you do not admit or deny
7  a matter, you must set forth in detail pursuant to the Federal Rules of Civil Procedure the
8  reasons why you cannot truthfully admit or deny the matter.  Any denial must fairly meet the
9  substance of the requested admission.  If an objection is made to any request for admission,
10 you must set forth in detail pursuant to the Federal Rules of Civil Procedure the reason and
11 basis for the objection. Any objections to requested admissions must be signed by the attorney.
12 All responses must be certified by the attorney pursuant to Federal Rule of Civil Procedure
13 26(g).

14
**DATED** March 17, 2021.
15
**AKW LAW, P.C.**
16

17                                        */s/ Ada K. Wong*
                                          */s/ Jordan T. Wada*
18                                        Ada K. Wong, WSBA #45936
                                          Jordan T. Wada, WSBA #54937
19                                        Attorneys for Plaintiff
                                          6100 219th St. SW, Suite 480
20                                        Mountlake Terrace, WA 98043
                                          Tel.: (206) 259-1259
21                                        Fax: (855) 925-9529
                                          E-mail: ada@akw-law.com
22                                        E-mail: jordan@akw-law.com

23

**PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 2**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit or deny that in the three (3) years prior to SUNBELT RENTALS, INC.'s employment of PLAINTIFF JILLIAN HORMAN, there were no other females employed in the position of Driver 1 at SUNBELT RENTALS, INC.'s Redmond Profit Center.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 2:**

Admit or deny that in the five (5) years prior to SUNBELT RENTALS, INC.'s employment of PLAINTIFF JILLIAN HORMAN, there were no other females employed in the position of Driver 1 at SUNBELT RENTALS, INC.'s Redmond Profit Center.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 3:**

Admit or deny that in the seven (7) years prior to SUNBELT RENTALS, INC.'s employment of PLAINTIFF JILLIAN HORMAN, there were no other females employed in the position of Driver 1 at SUNBELT RENTALS, INC.'s Redmond Profit Center.

**ANSWER:**

**PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 3**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**REQUEST FOR ADMISSION NO. 4:**

Admit or deny that in the ten (10) years prior to SUNBELT RENTALS, INC.'s employment of PLAINTIFF JILLIAN HORMAN, there were no other females employed in the position of Driver 1 at SUNBELT RENTALS, INC.'s Redmond Profit Center.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 5:**

Admit or deny that in the thirteen (13) years prior to SUNBELT RENTALS, INC.'s employment of PLAINTIFF JILLIAN HORMAN, there were no other females employed in the position of Driver 1 at SUNBELT RENTALS, INC.'s Redmond Profit Center.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 6:**

Admit or deny that in the fifteen (15) years prior to SUNBELT RENTALS, INC.'s employment of PLAINTIFF JILLIAN HORMAN, there were no other females employed in the position of Driver 1 at SUNBELT RENTALS, INC.'s Redmond Profit Center.

**ANSWER:**

**REQUEST FOR ADMISSIONS NO. 7:**

Admit or deny that prior to becoming the Profit Center Manager at SUNBELT

PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 4
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

RENTALS, INC.'s Redmond Profit Center, Brent Johnson was a Profit Center Manager at a different SUNBELT RENTALS, INC. location.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 8:**

Admit or deny that from June 21, 2018 through April 26, 2019, there were a total of four (4) females employed (not necessarily all employed simultaneously) at SUNBELT RENTALS, INC.'s Redmond Profit Center, including PLAINTIFF JILLIAN HORMAN.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 9:**

Admit or deny that from June 21, 2018 through April 26, 2019, there were a total of twenty (20) males employed (not necessarily all employed simultaneously) at SUNBELT RENTALS, INC.'s Redmond Profit Center.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 10:**

Admit or deny that from June 21, 2018 through April 26, 2019, there were a total of 24 individuals employed (not necessarily all employed simultaneously) at SUNBELT RENTALS, INC.'s Redmond Profit Center.

**PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 5**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**ANSWER:**

**REQUEST FOR ADMISSION NO. 11:**

Admit or deny that in the last five (5) years, SUNBELT RENTALS, INC. did not issue a separation notice and/or separation agreement that addressed working overtime hours to any individual who was employed at its Redmond Profit Center other than PLAINTIFF JILLIAN HORMAN.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 12:**

Admit or deny that in the last five (5) years, SUNBELT RENTALS, INC. did not issue a separation notice and/or separation agreement that addressed working overtime hours to any employee in Washington State other than PLAINTIFF JILLIAN HORMAN.

**ANSWER:**

**DATED** March 17, 2021.

                **AKW LAW, P.C.**

                */s/ Ada K. Wong*
                */s/ Jordan T. Wada*
                Ada K. Wong, WSBA #45936
                Jordan T. Wada, WSBA #54937

PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 6
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Attorneys for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jordan@akw-law.com

**PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 7**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**ATTORNEY CERTIFICATION**

The undersigned counsel for defendant hereby certifies Defendant's responses pursuant to Federal Rule of Civil Procedure 26(g).

Dated this _____ day of _____________________, 2021.

______________________________
Shane P. Cramer, WSBA #35099
Attorney for Defendant

______________________________
Patricia J. Hill, FL Bar #0091324
Yash B. Dave, FL Bar #0068573
*Pro hac vice Counsel for Defendant*

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

## **DECLARATION OF RESPONDING PARTY**

I declare under the penalty of perjury under the laws of the State of Washington that I am the Defendant in this action OR I am the _____ of _____ and am authorized to make the foregoing answers. I declare that I have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

Dated this _____ day of _____, 2021, at _____, Washington.

_____
Name

_____
Its

Address:  _____

_____

_____

**PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 9**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On March 17, 2021, I caused a copy of the foregoing to be served on the parties listed below in the manner specified below:

| Party | | Method |
|---|---|---|
| Shane P. Cramer<br>Harrigan Leyh Farmer & Thomsen LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>E-mail: shanec@harriganleyh.com<br>*Attorneys for Defendant Sunbelt Rentals, Inc.* | ☐ | VIA FACSIMILE |
| | ☐ | VIA FIRST CLASS U.S. MAIL |
| | ☐ | VIA MESSENGER/HAND DELIVERY |
| | ☒ | **VIA E-MAIL**/E-FILE<br>*Per 5/21/2020 Stipulation Regarding Electronic Service* |
| Patricia J. Hill<br>Yash B. Dave<br>Smith, Gambrell & Russell, LLP<br>50 North Laura Street, Suite 2600<br>Jacksonville, FL 32202<br>E-mail: pjhill@sgrlaw.com<br>E-mail: ydave@sgrlaw.com<br>E-mail: cmarsh@sgrlaw.com<br>E-mail: dcote@sgrlaw.com<br>E-mail: ijones@sgrlaw.com<br>E-mail: callard@sgrlaw.com<br>*Pro hac vice Counsel for Defendant Sunbelt Rentals, Inc.* | ☐ | VIA FACSIMILE |
| | ☐ | VIA FIRST CLASS U.S. MAIL |
| | ☐ | VIA MESSENGER/HAND DELIVERY |
| | ☒ | **VIA E-MAIL**/E-FILE<br>*Per 5/21/2020 Stipulation Regarding Electronic Service* |
| Isabel Johnson<br>LAW OFFICE OF ISABEL S. JOHNSON, PLLC<br>748 Market Street #15<br>Tacoma WA 98402 | ☐ | VIA FACSIMILE |
| | ☐ | VIA FIRST CLASS U.S. MAIL |
| | ☐ | VIA MESSENGER/HAND DELIVERY |

PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 10
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

| | | |
|---|---|---|
| E-mail: isabel@isjlaw.com<br>*Co-Counsel for Plaintiff* | ☒ | **VIA E-MAIL**/E-FILE<br>*Per 2/8/2021 Supplemental Stipulation Regarding Electronic Service* |

Dated March 17, 2021, at Mountlake Terrace, Washington.

                                    */s/ Kaila A. Eckert*_____
                                    Kaila A. Eckert, Paralegal

**PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT SUNBELT RENTALS, INC. - 11**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529