# EXHIBIT L

**TO THE DECLARATION OF ADA K. WONG IN SUPPORT OF PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY RESPONSES**

1

2

3

4

5

The Honorable Thomas S. Zilly

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   JILLIAN HORMAN, an individual,

9                                    Plaintiff,

10   v.                                              Case No. 2:20-cv-00564-TSZ

11   SUNBELT RENTALS, INC., *et al.*,           **PLAINTIFF'S EIGHTH SET OF**
                                                **REQUESTS FOR PRODUCTION TO**
12                                    Defendants.   **DEFENDANT SUNBELT RENTALS,**
                                                **INC.**

13   TO:          SUNBELT RENTALS, INC., Defendant

14   AND TO:      SHANE P. CRAMER, PATRICIA J. HILL and YASH B. DAVE, Counsel for
15                Defendant

16   SET NO.:     EIGHT

17        Plaintiff Jillian Horman, in her individual capacity herein, hereby serves these Requests

18   for Production upon Defendant Sunbelt Rentals, Inc.

19        ***THIS IS A REQUEST FOR PRODUCTION, PURSUANT TO FED. R. CIV. P. 34.***

20        Please produce requested items for inspection and copying at the offices of Ada K.

21   Wong, AKW Law, P.C., 6100 219th Street SW, Suite 480, Mountlake Terrace, WA 98043,

22   thirty (30) days from the date of service of this set of Requests for Production upon you.

23

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 1
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    Be advised that the Requests for Production herein apply to all information and items

2    within your knowledge or control, and that of your attorneys, agents, representatives and other

3    persons acting on your behalf.

4    If there are any additions, deletions or changes in the answers or information provided

5    at any time prior to trial, you are specifically directed to immediately so inform plaintiff's

6    counsel.  If additional documents are discovered between the time of making these answers

7    and the time of trial, these Requests for Production are directed to that information.  If such

8    documents are not seasonably furnished within a reasonable time prior to trial, the undersigned

9    will move at or before trial to exclude from evidence any such documents known to you or in

10   your possession or that of your attorneys, agents, liability insurers, and others acting on your

11   behalf, and will request other appropriate sanctions.

12   **DEFINITIONS**

13   As used herein:

14   1.    ***Communication.***  The term "communication" means any oral or written

15   expression or exchange of information by speech, writing, or conduct including, but not limited

16   to, in-person conversations, telephone conversations, correspondence, email messages, text

17   messages, electronic instant messages, social media messages, and all other forms of

18   communication.

19   2.    ***Document***.  The term "document" shall be used in its broadest sense as

20   permitted by Federal Rules of Civil Procedure 26 and 34 and means all writings of every kind

21   including, but not limited to, the original or any legible copy of all records, letters,

22   correspondence, appointment books, diaries, files, notes, statements, memoranda or minutes

23   of meetings, conferences and telephone calls, emails, faxes, receipts, written reports or

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 2
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    opinions of investigators or experts, status reports, drawings, charts, photographs, negatives,

2    brochures, lists, schedules, manuals, technical notes or standards, expense accounts, financial

3    statements or audit reports, however produced or reproduced, within your possession or subject

4    to your control, of which you have knowledge or to which you now have or previously had

5    access. The term "document" includes drafts and copies that are not identical duplicates of the

6    originals, and copies of documents, the originals of which are not in your possession, custody,

7    or control.

8        3.    ***Identity of Individuals***.  Where the name or identity of an individual person is

9    requested, or where the term "identify" is used in reference to an individual person, please state

10   with respect to each such person:

11       a.    Full name;

12       b.    Current or last known residence address, and telephone number;

13       c.    Current or last known business address and telephone number;

14       d.    All known email addresses;

15       e.    Current position or occupation;

16       f.    Employer;

17       g.    His or her present whereabouts and his or her present employment

18   position and business affiliation at the time in question; and,

19       h.    Relationship to you.

20       Unless it otherwise appears from the context, a request for the identity of a person

21   relates to all persons in such classification or category.

22       4.    ***Identity of Document***.  The term "identify," when used in reference to a

23   document, means to state with respect to each document:

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 3**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1        a.    Title of document;

2        b.    The date of preparation of the document;

3        c.    The name and title of each author, sender, creator and initiator of such

4    document;

5        d.    The name and title of recipient, addressee, or party for whom such

6    document was intended (if any);

7        e.    The nature of the document (e.g., letter, memorandum, tape) and other

8    means of identification sufficient to identify the document for purposes of a request for

9    production, and to further state its present location and custodian;

10        f.    Source from whom or from which you obtained the document;

11        g.    Number of pages the document comprises;

12        h.    Production number(s); and,

13        i.    If any such document was, but no longer is, in your possession or

14    custody or subject to your control, describe what disposition was made of it, and give

15    the name, address and telephone number of the person presently having possession,

16    custody or control of the document.

17    5.    ***Identity of Entity***.  The term "identify," when used in reference to an entity

18    other than a natural person, means to state with respect to each such entity:

19        a.    Full legal name or title;

20        b.    Form of business (i.e. profit corporation, partnership);

21        c.    Complete business location and mailing address;

22        d.    Telephone and facsimile numbers;

23        e.    State of incorporation or juridical organization;

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 4**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1          f.       Address of headquarters of principal place of business; and,

2          g.        Relationship to you.

3      6.      ***Knowledge or Information***.  Where your knowledge or information in your

4   possession is requested, that request includes knowledge of your agents, representatives,

5   employees and attorneys.  When the answer is made by a corporate defendant, the name,

6   address and title of the person supplying the information and the source of such person's

7   information must be included as well.

8      7.      ***Sources of Information***.  The phrase "state the source of your information"

9   means to identify the person and the documents from which the information was obtained

10  where your answers are not based upon your own first-hand information.

11     8.      ***Person***. "Person" means, without limitation, any natural person, proprietorship,

12  companies, firms, corporations, partnerships, limited liability companies, independent

13  contractors, groups, associations, joint ventures, associations, trusts, estates, communities,

14  agencies, institutions, labor unions, or any form of business, social or legal entity, including

15  governmental subdivisions.

16     9.      ***You/Defendant***. "You" means SUNBELT RENTALS, INC., located at 2341

17  Deerfield Dr, Fort Mill, South Carolina 29715-8298 at its 17950 Redmond Way, Redmond,

18  Washington 98052 location, and its attorneys, agents, employees, officers, representatives,

19  adjusters, investigators and all other persons who are in possession of or who have obtained

20  information on your behalf.

21     10.     ***And/or***.  "And" or "or" means "and/or," with the singular form being deemed

22  to include the plural and vice versa.

23     11.     ***"He"*** or any other masculine, feminine or neuter pronoun means any individual,

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 5
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    regardless of sex or entity, to whom the interrogatory or request for production would

2    otherwise apply.

3         12.    **"*Relating to*"** means to be relevant in any way to the subject matter in questions,

4    including without limitation all information that directly or indirectly contains, describes,

5    records summarizes, evaluates, refers to, is pertinent to, comments upon, or discusses the

6    subject matter or that states the background of, or was the basis for, or that records, evaluates,

7    was referred to, relied upon, used generated, transmitted, or receive din arriving at any

8    conclusion, opinion, estimate, position, decision, belief, or assertion concerning the subject

9    matter.

10        13.    **"*Any*"** should be understood in either its most or least inclusive sense as

11   necessary to bring within the scope of the discovery request all responses that might otherwise

12   be construed to be outside of its scope.

13        14.    **"*Claim*"** means a demand or assertion, whether oral or written, formal or

14   informal, by any person for monetary payment, the undertaking of action, or the cessation of

15   action.

16        15.    "*Complaint*" or "*comment*" (e.g., about retaliation, harassment or

17   discrimination) means any statement, whether or not specifically denominated as a complaint

18   or comment, which could reasonably be considered or construed to be a comment or complaint

19   concerning harassment or discrimination based on any protected class or activity, including

20   but not limited to, a person's race, color, national origin, sex, sexual orientation, religion,

21   disability, military service or status, taking designated medical leave, reporting regulatory or

22   safety violations, or any other harassment, discrimination or retaliation on any basis alleged

23   herein, including retaliation on any protected or illegal basis whatsoever.

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SUNBELT RENTALS, INC. - 6**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

16.     *"Discrimination"* includes discrimination on any protected basis, and is not limited to tangible or adverse employment actions, and shall also mean acts of harassment whether or not such acts actually constitute a hostile working environment.

17.     *"Personnel File"* means all records pertaining to a person's employment, including but not limited to those relating to duties, salary, promotions, evaluations, discipline, grievances, benefits, discharge, resignation, suspensions, training, layoff or retirement, or any other aspect of the person's employment, whether or not maintained in a compilation or collection referred to as a "personnel file." It shall also include, not only the official "personnel file" of any Defendant corporation or agency, but also all supervisor's desk files and any other documents or records containing such information. Each such separate portion of the personnel file shall be produced in its entirety, including with folder tabs and labels, so that the origin or source of said files and documents is preserved and can be identified.

18.     All documents, including records, files, e-mails, correspondence, and memorandum, stored electronically must be produced in its <u>native format, including all metadata.</u>

19.     The use of the singular form of any word includes the plural and vice versa. The masculine includes the feminine and neuter genders. The past tense includes the present tense where the clear meaning is not distorted by change of tense. "And" as well as "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of the request all responses that otherwise might be construed to be outside the scope. "Include" and "including" and variations thereof shall not be interpreted in terms of limitations but shall be deemed to be followed by the words "without limitation." "Any" shall be construed as synonymous with "every and "all" and shall be all-inclusive.

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SUNBELT RENTALS, INC. - 7**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    These discovery requests shall be deemed to be continuing, and, in the event that you

2    discover information that is responsive to these requests, you are to promptly supplement your

3    answers to these requests.

4                                        **INSTRUCTIONS**

5    1.    **Relevant Time Period**: Unless otherwise noted, the relevant time period for

6    which documents and information are requested is **June 1, 2018 to present**.

7    2.    **Scope**: This Request requests production of information and documents that are

8    in your possession, custody, or control, including documents in the possession of your

9    employees, agents, independent contractors, representatives, and attorneys, unless privileged.

10    3.    **Objections**: If you object to the information requested by any request for

11    production in whole or in part, or contend that any identified document or information would

12    be excluded from production in discovery, state the reasons for such objections or ground for

13    exclusion, and identify each person having knowledge or the factual basis, if any, on which the

14    objection, privilege, or other ground is asserted.

15    4.    **Privileged Documents**: If any document is withheld under claim of privilege,

16    identify the document and state the basis for the privilege, and provide a detailed privilege log

17    that contains at least the following information for each document that you have withheld: (a)

18    the name of each author, writer, sender, creator, or initiator of such document; (b) the name of

19    each recipient, addressee, or party for whom such document was intended or to whom it was

20    sent; (c) the date of such document, or an estimate thereof if no date appears on the document;

21    (d) the general subject matter of the document; and (e) the claimed grounds for withholding

22    the document, including but not limited to the nature of any claimed privilege and grounds in

23    support thereof.

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SUNBELT RENTALS, INC. - 8**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    **5.      Documents No Longer in Possession of Respondent/Destroyed Documents**:

2    If any responsive document is no longer in your possession, custody or control, produce a

3    description of each such document. The description shall include the following:

4            a.      Name of each author, sender, creator, and initiator of such document;

5            b.      Name of each recipient, addressee, or party for whom such document

6    was intended;

7            c.      Date the document was created;

8            d.      Date(s) the document was in use;

9            e.      Detailed description of the content of the document;

10           f.      Reason it is no longer in your possession, custody, or control; and,

11           g.      Current location of the document.

12   **6.      Duty to Supplement**: The Request imposes a continuing duty on you to

13   produce promptly any responsive document, information, or item that comes into your

14   knowledge, possession, custody, or control after your initial production of responses to the

15   requests. You are also required to amend your responses if you discover a previous response

16   was incorrect or incomplete.

17   **DATED** May 20, 2021.

18                                    **AKW LAW, P.C.**

19

20                                    */s/ Ada K. Wong*
                                      */s/ Jordan T. Wada*
                                      Ada K. Wong, WSBA #45936
21                                    Jordan T. Wada, WSBA #54937
                                      Attorneys for Plaintiff
22                                    6100 219th St. SW, Suite 480
                                      Mountlake Terrace, WA 98043
23                                    Tel.: (206) 259-1259

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 9
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

Fax: (855) 925-9529
E-mail: ada@akw-law.com
2

E-mail: jordan@akw-law.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 10**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    **<u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

2    **REQUEST FOR PRODUCTION NO. 1:**

3    Please produce all documents including e-mails and text messages referring to, relating

4    to, or supporting the statement on SB/Horman-DEF00122 that: "Brent [Johnson] has contacted

5    me on several occasions regarding Jillian needing to leave early or come in late. He appears to

6    attempt to accommodate his entire team as best he can when time is need off."

7    **RESPONSE:**

8

9

10    **REQUEST FOR PRODUCTION NO. 2:**

11    Please produce all documents, including but not limited to letters, e-mails, forms,

12    statements, messages, reports, files, correspondence, or other communications between Brent

13    Johnson and Sunbelt's Human Resources personnel, including but not limited to Lee Reed and

14    Mariana Troy, related to, referring to, and/or regarding Defendant Sunbelt Rentals, Inc.'s

15    employees' requests for paid time off (PTO), leave, time off, or scheduling changes for the

16    time period when Brent Johnson was a Profit Center Manager at any Sunbelt Rentals, Inc.

17    location, including but not limited to Woodinville and Redmond.

18    **RESPONSE:**

19

20

21    **REQUEST FOR PRODUCTION NO. 3:**

22    Please produce all documents, including but not limited to letters, e-mails, forms,

23    statements, messages, reports, correspondence, files, correspondence, or other communication

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 11
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1   between Anthony (Tony) Bariel, Mariana Troy, and/or Vicky Gibson with, related to, referring

2   to, and/or regarding instances of "no call no show" by Sunbelt Rentals, Inc. employees.

3   **RESPONSE:**

4

5

6   **REQUEST FOR PRODUCTION NO. 4:**

7          Please produce all documents referring to, related to, and/or regarding employees in

8   Washington state that were considered for or went through Defendant Sunbelt Rentals, Inc.'s

9   Return to Work program or procedures, considered for or provided transitional duty, and

10  considered for or provided with modified job assignments.

11  **RESPONSE:**

12

13

14  **REQUEST FOR PRODUCTION NO. 5:**

15         Please produce all documents referring to, related to, and/or regarding the date and time

16  when Plaintiff Horman's access to her employee Workday and/or VDOS account was

17  revoked/terminated by Sunbelt Rentals, Inc. at any time in March, April, or May of 2019.

18  **RESPONSE:**

19

20

21  **REQUEST FOR PRODUCTION NO. 6:**

22         Please produce all documents referring to, related to, and/or regarding the submission

23  or input of the Separation Notices (*see* bates no. SB/Horman-DEF00160, SB/Horman-DEF

---

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 12
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219ᵗʰ St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1    00264, and SB/Horman-DEF 00280) into Defendant Sunbelt Rentals, Inc.'s system, including

2    but not limited to its internal database, Human Resources database, Workday, and VDOS.

3    **RESPONSE:**

4

5

6    **REQUEST FOR PRODUCTION NO. 7:**

7          For each Driver 1, Equipment Rental Specialist, Yard Personnel/Yard Associate, and

8    Administrative Assistant position in Washington state, please produce documents referring to,

9    related to, and/or regarding the date the job opening was posted, the date the job was offered

10   to the employee who filled it, hire date, separation date, and the employee's gender.

11   **RESPONSE:**

12

13

14   **REQUEST FOR PRODUCTION NO. 8:**

15         Please produce all documents referring to, related to, and/or regarding Darryl Lanier

16   and Say Vongkhamchanh reflecting their dates of employment, position titles, duties and

17   responsibilities, offer letters, job applications, interview notes, resumes, rate(s) of pay,

18   overtime pay, hours worked, work schedules, requests that the employee work overtime,

19   demands or requirements that the employee work overtime, discipline or counseling records,

20   warnings, performance-related communication, and separation documents (To protect the

21   confidentiality of any third parties and against any fear Defendant may have regarding

22   disclosure of these documents, Plaintiff agrees that these documents should be marked

23   "CONFIDENTIAL" pursuant to the parties' Stipulated Protective Order, Dkt. #19).

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 13
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1  **RESPONSE:**

2

3

4  **REQUEST FOR PRODUCTION NO. 9:**

5      Please produce all documents referring to, related to, and/or regarding all orders, jobs,

6  or runs assigned by the Redmond Profit Center to Quality Towing or any third-party hauler

7  from January 1, 2018 to present, reflecting the cost to Defendant Sunbelt Rentals, Inc., the cost

8  to Defendant's customers, the type of delivery/service provided, and the dates of services by

9  Quality Towing or the third-party hauler.

10  **RESPONSE:**

11

12

13  **REQUEST FOR PRODUCTION NO. 10:**

14      To the extent not already produced, please produce all text messages between Brent

15  Johnson and Defendant Sunbelt Rentals, Inc.'s Human Resources personnel, Perry Cook,

16  and/or Anthony (Tony) Bariel, referring to, related to, and/or regarding Plaintiff Horman from

17  March 1, 2019 to May 30, 2019.

18  **RESPONSE:**

19

20

21  **REQUEST FOR PRODUCTION NO. 11:**

22      Please produce all documents referring to, related to, and/or regarding attendance

23  records kept by Brent Johnson when he was a Profit Center Manager at any Defendant Sunbelt

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO**
**DEFENDANT SUNBELT RENTALS, INC. - 14**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1   Rentals, Inc.'s location, including but not limited to Woodinville and Redmond, as well as any

2   discipline taken against any employee for attendance issues.  This includes documents similar

3   to Bates No. SB/Horman-DEF00334.

4   **RESPONSE:**

5

6

7   **REQUEST FOR PRODUCTION NO. 12:**

8          Please produce all documents referring to, related to, and/or regarding the income,

9   revenue, and expenses for the Redmond Profit Center, including but not limited to Performance

10  Reports and Profit and Loss Statements, provided to the Redmond Profit Center Manager from

11  January 1, 2018 to present.

12  **RESPONSE:**

13

14

15  **REQUEST FOR PRODUCTION NO. 13:**

16         Please produce all communications and documents exchanged between Sunbelt

17  Rentals, Inc. and the United States Department of Transportation (DOT), Federal Motor

18  Carrier Safety Administration (FMCSA), FMCSA Certified Medical Examiner Mark A

19  Lundquist, M.D., and any other FMCSA Certified Medical Examiner or their staff, that refer

20  to, relate to, or regard Plaintiff Horman.

21  **RESPONSE:**

22

23

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 15**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all documents consulted or relied on by Mariana Troy, Brent Johnson, Lee Reed, Vicky Gibson, and Margarita Gensler when they considered the potential effect of high blood pressure or elevated blood pressure on Plaintiff Horman's DOT/ FMCSA Medical Examiner's Certificate/medical card (SB/Horman-DEF00113) in April 2019.

**RESPONSE:**

**DATED** May 20, 2021.

**AKW LAW, P.C.**

*/s/ Ada K. Wong*
*/s/ Jordan T. Wada*
Ada K. Wong, WSBA #45936
Jordan T. Wada, WSBA #54937
Attorneys for Plaintiff
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jordan@akw-law.com

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 16
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## **ATTORNEY CERTIFICATION**

The undersigned counsel for defendant hereby certifies Defendant's responses pursuant to Federal Rule of Civil Procedure 26(g).

Dated this _____ day of _____, 2021.

_____
Shane P. Cramer, WSBA #35099
Attorney for Defendant

_____
Patricia J. Hill, FL Bar #0091324
Yash B. Dave, FL Bar #0068573
*Pro hac vice Counsel for Defendant*

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SUNBELT RENTALS, INC. - 17**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On May 20, 2021, I caused a copy of the foregoing to be served on the parties listed below in the manner specified below:

| | | |
|---|---|---|
| Shane P. Cramer<br>Harrigan Leyh Farmer & Thomsen LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>E-mail: shanec@harriganleyh.com<br>E-mail: conniej@harriganleyh.com<br>*Attorneys for Defendant Sunbelt Rentals, Inc.* | ☐ | VIA FACSIMILE |
| | ☐ | VIA FIRST CLASS U.S. MAIL |
| | ☐ | VIA MESSENGER/HAND DELIVERY |
| | ☒ | **VIA E-MAIL**/E-FILE<br>*Per 5/21/2020 Stipulation Regarding Electronic Service* |
| Patricia J. Hill<br>Yash B. Dave<br>Smith, Gambrell & Russell, LLP<br>50 North Laura Street, Suite 2600<br>Jacksonville, FL 32202<br>E-mail: pjhill@sgrlaw.com<br>E-mail: ydave@sgrlaw.com<br>E-mail: dcote@sgrlaw.com<br>E-mail: ijones@sgrlaw.com<br>E-mail: callard@sgrlaw.com<br>*Pro hac vice Counsel for Defendant Sunbelt Rentals, Inc.* | ☐ | VIA FACSIMILE |
| | ☐ | VIA FIRST CLASS U.S. MAIL |
| | ☐ | VIA MESSENGER/HAND DELIVERY |
| | ☒ | **VIA E-MAIL**/E-FILE<br>*Per 5/21/2020 Stipulation Regarding Electronic Service* |
| Isabel Johnson<br>LAW OFFICE OF ISABEL S. JOHNSON, PLLC<br>748 Market Street #15<br>Tacoma WA 98402 | ☐ | VIA FACSIMILE |
| | ☐ | VIA FIRST CLASS U.S. MAIL |
| | ☐ | VIA MESSENGER/HAND DELIVERY |

PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 18
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529

| E-mail: isabel@isjlaw.com<br>*Co-Counsel for Plaintiff* | ☒ | **VIA E-MAIL**/E-FILE<br>***Per 2/8/2021 Supplemental***<br>***Stipulation Regarding Electronic***<br>***Service*** |
|---|---|---|

Dated May 20, 2021, at Mountlake Terrace, Washington.

*/s/ Kaila A. Eckert*_____
Kaila A. Eckert, Paralegal

**PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION TO
DEFENDANT SUNBELT RENTALS, INC. - 19**
Case No. 2:20-cv-00564-TSZ

**AKW LAW, P.C.**
6100 219th St. SW, Suite 480
Mountlake Terrace, WA 98043
Tel. (206) 259-1259 / Fax (855) 925-9529