UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

             Plaintiff,

  v.

SUNBELT RENTALS INC., et al.,

             Defendants.

C20-564 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The parties' Stipulated Motion for Limited Continuance of Discovery Deadline, docket no. 73, is GRANTED. The discovery deadline, for purposes of disposing Ms. Reed only, is continued until Ms. Reed can sit for her deposition. The deadline for written discovery, as a result of Ms. Reed's deposition testimony, is continued to 45 days after Ms. Reed's completed deposition testimony. The deadline for any discovery motions related to Ms. Reed's deposition testimony and/or written discovery is continued to 14 days after the parties meet and confer. All other deadlines shall remain the same.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 16th day of August, 2021.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 1