UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

        Plaintiff,

v.

SUNBELT RENTALS INC.,

        Defendant.

C20-564 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Jillian Horman's Third Motion to Compel Discovery Responses is GRANTED in part as follows: Defendant Sunbelt Rentals, Inc. ("Sunbelt") shall conduct a reasonable search for documents within its possession, custody, or control that are responsive to the below, and produce all relevant and non-privilege documents by September 17, 2021:

    (a) Horman's Third Set of Requests for Production ("RFP"), Requests Nos. 4, 10 and 13,

        (i) For RFP No. 4, the request is limited to non-management and non-human resource positions in Washington, Oregon, and California between January 1, 2018 and July 31, 2019;

        (ii) For RFP No. 10, the temporal scope is June 1, 2018 through April 26, 2019 and the geographic scope is Sunbelt's Redmond location;

        (iii) For RFP No. 13, the request is limited to the subject matter of the request to only accommodation requests related to a disability or medical condition, the temporal scope is January 1, 2018 through April 26, 2019, the geographic scope is Washington State, and the scope of documents to the employee's request and Defendant's response (grant or deny), and shall include the names of all decisionmaker(s) who determined whether a grant or deny decision was made;

    (b) Horman's Fourth Set of RFP, Request No. 2

        (i) For RFP No. 2, Defendant shall conduct a reasonable search for documents within its possession, custody, or control that are responsive to this request and produce all relevant and non-privileged documents.

MINUTE ORDER - 1

The temporal scope of this request is January 1, 2018 through April 26, 2019;

 (c) Horman's Sixth Set of RFP, Request No. 1,

  (i) For RFP No. 1, Defendant shall conduct a reasonable search for documents within its possession, custody, or control that are responsive to this request and produce all relevant and non-privileged documents;

 (d) Horman's Eighth Set of RFP, Requests Nos. 4, 7, 9, and 12,

  (i) Defendant shall conduct a reasonable search for documents within its possession, custody, or control that are responsive to this request and produce all relevant and non-privileged documents for Request 4. The temporal scope of this request is January 1, 2018 through December 31, 2019:

  (ii) For RFP No. 7, the temporal scope is April 1, 2019 to July 31, 2019;

  (iii) For Requests 9 and 12 the temporal scope is January 1, 2018 through April 26, 2019 and the geographic scope is Sunbelt's Redmond location;

 (e) Plaintiff's motion is otherwise DENIED.

(2) The Court DENIES Plaintiff's Motion to Compel Deposition Testimony, docket no. 60.

(3) Defendant's requests for attorney fees are DENIED.

(4) The Court will not consider any further motions to compel discovery by Plaintiff.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2