UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

                Plaintiff,

    v.

SUNBELT RENTALS, INC. et al.,

                Defendants.

C20-564 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The Motion for Leave to File Under Seal, docket no. 76, filed by Defendant Sunbelt Rentals, Inc. ("Sunbelt") is GRANTED. The following documents or portions of documents shall remain under seal:

           (a)    Exhibit 18 to Exhibit A of the Declaration of Yash B. Dave in Support of Sunbelt's Motion for Summary Judgment;

           (b)    Exhibit 2 to Exhibit G of the Declaration of Yash B. Dave in Support of Sunbelt's Motion for Summary Judgment;

           (c)    the Declaration of Kurt R. Billett M.D.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 29th day of October, 2021.

                                    Ravi Subramanian
                                    Clerk

                                    s/Gail Glass
                                    Deputy Clerk

MINUTE ORDER - 1