UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

          Plaintiff,

  v.

SUNBELT RENTALS INC.,

          Defendant.

C20-564 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    In the Court's Minute Order, docket no. 106, entered on November 30, 2021, the Court directed Plaintiff to show cause within fourteen (14) days why her claims against defendants Does 1–100 and Corporations XYZ 1–100 should not be dismissed. Plaintiff did not submit any response. Accordingly, the Court DISMISSES defendants Does 1–100 and Corporations XYZ 1–100 without prejudice.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2022.

                    Ravi Subramanian
                    Clerk

                    s/Gail Glass
                    Deputy Clerk

MINUTE ORDER - 1