UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

        Plaintiff,

  v.

SUNBELT RENTALS INC.,

        Defendant.

C20-564 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendant's Unopposed Motion for Leave to File Under Seal, docket no. 115, is GRANTED. Docket no. 118 shall remain under seal.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 5th day of January, 2022.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 1