UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILLIAN HORMAN,<br><br>               Plaintiff,<br><br>    v.<br><br>SUNBELT RENTALS INC.,<br><br>               Defendant. | C20-564 TSZ<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Defendant's Opposition to Remote Trial, docket no. 126, is DENIED in part and DEFERRED in part. The Court concludes that the current circumstances of the global pandemic constitute good cause for justifying trial via the ZoomGov.com platform. See General Order No. 01-22 (stating that virtual trials over ZoomGov.com may proceed at the discretion of individual judges). The Opposition is DEFERRED regarding Defendant's conflict and Defendant is DIRECTED to file a declaration by noon on Friday, January 14, 2022, explaining its conflict. Plaintiff shall file any response to the Opposition by noon on Monday, January 17, 2022. The Court will discuss the conflict with the parties at the Pretrial Conference.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 12th day of January, 2022.

                                                      Ravi Subramanian
                                                    Clerk

                                                    s/Gail Glass
                                                    Deputy Clerk

MINUTE ORDER - 1