UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

        Plaintiff,

  v.

SUNBELT RENTALS, INC.,

        Defendant.

C20-564 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion for Supplemental Juror Questionnaire docket no. 122, is DENIED. The parties may ask questions of the jurors with their time during the voir dire. The parties also have the Court's proposed voir dire script and may file any objections they have by January 28, 2022.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of January, 2022.

                                      Ravi Subramanian
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER - 1