UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

        Plaintiff,

v.

SUNBELT RENTALS, INC.,

        Defendant.

C20-564 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to LCR 39.1(e) and MJR 9(a), this case is REFERRED to United States Magistrate Judge Michelle L. Peterson to conduct a settlement conference on Thursday, February 3, 2022. The parties shall abide by all deadlines and requirements to be established by Judge Peterson.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Judge Peterson.

Dated this 2nd day of February, 2022.

    Ravi Subramanian
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 1