UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILLIAN HORMAN,

        Plaintiff,

v.

SUNBELT RENTALS, INC.,

        Defendant.

C20-564 TSZ

ORDER

It appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.  The trial date and all pending motions are STRICKEN.

The Court retains jurisdiction for thirty (30) days from the date of this Order for the purpose of enforcing the terms of the parties' agreement stated on the record before Magistrate Judge Peterson.

The Clerk is DIRECTED to close this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 3rd day of February, 2022.

Thomas S. Zilly
United States District Judge

ORDER - 1